1034

No. 1179. BURRUP ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *William Hurt Erickson* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1181. MAYTAG ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Stephen H. Hart* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 1183. URBANO v. SONDERN, EXECUTRIX, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Thomas F. Daly* for Sondern, and *Thomas A. Diskin* for Fawcett Publications, Inc., respondents.

No. 1188. SHADID ET AL. v. CITY OF OKLAHOMA CITY. Sup. Ct. Okla. Certiorari denied. *Charles Hill Johns* for petitioners. *Roy H. Semtner* for respondent.

No. 1189. LUROS ET AL. v. SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Stanley Fleishman* for petitioners.

No. 1191. NOVARRO v. PITCHESS, SHERIFF. C. A. 9th Cir. Certiorari denied. *John N. Frolich* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 1221. DISTRICT OF COLUMBIA v. DAVIS. C. A. D. C. Cir. Certiorari denied. *Charles T. Duncan* and *Henry E. Wixon* for petitioner.